IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY DRIVER,

        Plaintiff,                  No. 2:11-cv-2397 EFB P

    vs.

J. CLARK KELSO, et al.,

        Defendants.         ORDER

        After this civil rights action was closed and judgment duly entered, *see* Dckt. Nos. 20, 21, plaintiff filed a motion to disqualify the undersigned. Dckt. No. 23. The court takes no action on plaintiff's motion to disqualify as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

        So ordered.

Dated: October 9, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE